## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CASE NO: 18-52093P** |
| **SHARON LYNN DAVILA** | § | |
| **DEBTOR(S)** | § | |
| | § | **CHAPTER 13 PROCEEDING** |
| | § | |

## FOURTH AND FINAL APPLICATION FOR ADDITIONAL ATTORNEY COMPENSATION

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY ANSWERING EACH PARAGRAPH OF THIS PLEADING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-ONE (21) DAYS FROM THE DATE YOU WERE SERVED WITH THIS PLEADING. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

TO THE HONORABLE JUDGE:

### I.

COMES NOW, the application of Magdalena Gonzales, attorney for the Debtors, who respectfully represents:

### II.

Debtor filed this Chapter 13 Bankruptcy on September 2, 2018 and was Confirmed on December 18, 2024. Since the Confirmation of the above named Debtor's case, additional fees have been incurred for work done by Attorney Magdalena Gonzales to ensure the successful completion of the Debtors Chapter 13 Plan. There have been several Trustee's Motions to Dismiss Chapter 13 Case filed for which no fees have been requested or paid and a Fourth Motion to Modify Plan in Response to Trustee's Motion to dismiss aside from e mails, searches on NDC and BK pro.

Attorney, Magdalena Gonzales, files this her Application for Compensation for work done from April 19, 2019 through June 19, 2024; requests said fees to be paid as an administrative claim as required pursuant to 11 U.S.C. §503(b); and said fees be paid by the Trustee, to the extend funds are available, pursuant to 11U.S.C. §1326(a)(2).

### III.

Debtors' attorney, Magdalena Gonzales, performed all necessary work needed resolve the following Motions filed since the Confirmation of the Debtors Plan: several Trustee's

Motions to Dismiss Chapter 13 Case; Motion for Relief from the Automatic Stay filed by Joshua M DeVard for Creditor Exeter Finance, LLC  filed on April 10, 2019 and hearing attended on April 29, 2019;  and most recently, the filing of  the Motion to Modify in Response to Trustee's Motion to Dismiss Chapter 13 Case filed on June 29, 2022.  See attached Time Sheet.

| | |
|---|---|
| Total fees approved up to confirmation | $3,600.00 |
| Total fees granted post confirmation | $3,378.07 |
| Total fees currently pending before the court | $     0.00 |
| Total fees requested for this motion | $2,165.00 |

This Motion, crafted between the attorney and client, and typed by our administrative staff, is without the advice or counsel of the Trustee's office.  It is our belief  we are entitled to the full supplemental fee requested, being solely responsible for its content.   Additionally, Debtors' attorney request this fee be paid  as an administrative claim by the Trustee through the Chapter 13 Plan payable in full upon entry of this order or as funds become available. Payment of this claim may delay payment of the scheduled monthly payment on secured and priority claims   in accordance with the Standing Order governing compensation regarding Debtors' Attorneys Fees in Chapter 13 Cases, dated the  5th of August 2016.

## PRAYER

WHEREFORE, Counsel prays this Honorable Court order the Trustee pay attorney's fees in connection with the Chapter 13 plan up to the amount of $2,165.00 from  the balance of funds on hand  (SEE ATTACHED EXHIBIT TIME SHEET/BILLING STATEMENT).


Respectfully Submitted,


/s/Magdalena Gonzales
THE LAW OFFICE OF MAGDALENA GONZALES
Tx Bar # 00787558
2939 Mossrock, Suite 130
San Antonio, Tx 78230
Telephone (210) 530-5002 / Facsimile (210) 530-5004

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first class mail on October 11, 2021 to:

Respectfully Submitted,

/s/_____

Magdalena Gonzales
Tx Bar # 00787558
2939 Mossrock, Suite 130
San Antonio, Tx 78230
Telephone (210) 530-5002
Facsimile (210) 530-5004

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first class mail on June 19, 2024 to:

**Office of the United States Trustee**
**Aubrey L. Thomas, Assistant U.S. Trustee**
615 E. Houston Street, Suite 533
San Antonio, TX 78205
210-472-4640

Mary K. Viegelahn
Chapter 13 Trustee
10500 Heritage Blvd., Ste. 201
San Antonio, Texas 78216

Sharon Lynn Davila
223 Pickwell Dr.
San Antonio, TX 78223

Along with the attached creditor Matrix.

/s/_____

Magdalena Gonzales