**IN THE UNITED STATES BANKRUPTCY
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 18-52093P |
| SHARON LYNN DAVILA | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 PROCEEDING |

## ORDER GRANTING
## FOURTH AND FINAL APPLICATION FOR ADDITIONAL ATTORNEY COMPENSATION

    Came on for consideration the application for compensation and payment for compensation of Magdalena Gonzales, counsel for the Debtors in the above matter and upon the representations contained in her Application for Compensation, the Court is of the opinion that the funds held by the Trustee be paid as attorney fees to Magdalena Gonzales, attorney for Debtors. Therefore it is ORDERED:

    Therefore it is ORDERED that Attorney, Magdalena Gonzales, is hereby awarded the attorneys fees in connection with the Chapter 13 plan. These funds shall be paid to Ms. Gonzales from the funds held by the Trustee and they shall not be more than $2,165.00, which is the amount owed for work performed from April 10, 2019 through June 19, 2024.

###

THIS ORDER WAS PREPARED BY :
Magdalena Gonzales
State Bar Number 00787558
2939 Mossrock, Ste 130
San Antonio, TX 78230
Tel: (210)530-5002/Fax: (210)530-5004