EXHIBIT A
TIME SHEET/ BILLING STATEMENT

NAME: Sharon Lynn Davila
CASE # 18-52093

| STAFF | | HOURLY RATE |
|---|---|---|
| MG | MAGDALENA GONZALES (ATTORNEY) | $300.00 |
| DMD | DIANA MOORE-DICKINSON ( PARALEGAL) | $115.00 |
| DG | DAVID GARZA ( LEGAL ASSISTANT) | $95.00 |

| STAFF/FEE PER HOUR | TIME | FEE | DATE AND DESCRIPTION MISCELLANEOUS FEE APPLICATION from May 17, 2022 through June 19, 2024 |
|---|---|---|---|
| DMD $115 | .30 | $34.50 | 4/10/2019 reviewed and summarized MFR filed by Joshua M DeVard for Creditor Exeter Finance, LLC . e mailed debtor |
| MG $300 | 1 | $300.00 | 04/29/2019 attended hearing on MFR. Reset to 5/28/2019 |
| DMD $115 | .20 | $23.00 | 05/17/2022 reviewed and summarized TMTD. Sent Debtor e mail requesting tax return. |
| DMD $115 | .10 | $11.50 | 05/23/;2022 reviewed e mil response to e mail sent on 05/2/2022 |
| MG $300 | .20 | $60.00 | 05/24/2022 reviewed TMTD and prepared and filed response to TMTD. mg |
| DMD $115 | .10 | $11.50 | 06/10/2022 reviewed e mail request from PSG Paramount requesting documents. |
| DMD $115 | .10 | $11.50 | 06/10/2022 e mailed debtor and reviewed response. |
| DMD $115 | .50 | $57.50 | 06/13/2022 spoke with Esme Aguilar with title company assisting with sale of property. |
| DMD $115 | .10 | $11.50 | 06/13/2022 reviewed e mail today from Esme Aguilar requesting documents to sell property and replied |
| DMD $115 | .20 | $23.00 | 06/13/2022 reviewed e mail from debtor, reviewed NDC and replied |
| DMD $115 | .10 | $11.50 | 06/14/2022 reviewed e mail from debtor and replied |

| | | | |
|---|---|---|---|
| DMD $115 | .10 | $11.50 | 06/14/2022 reviewed e mail from debtor about documents and replied. |
| DMD $115 | .10 | $11.50 | 06/14/2022 reviewed e mail requesting documents and replied that i didn't understand what documents she was requesting. |
| DMD $115 | .10 | $11.50 | 06/14/2022 reviewed e mail from Esme Aguilar and replied. |
| DMD $115 | .10 | $11.50 | 06/21/2022 reviewed e mail from debtor giving permission to release information to Ms. Aguilar. replied. |
| DMD $115 | .20 | $23.00 | 06/21/2022 redacted, scanned and uploaded 2021 tax return to Trustee. |
| DMD $115 | .10 | $11.50 | 06/21/2022 reviewed e mail from S. Bassmeyer and replied. |
| DMD $115 | .10 | $11.50 | 06/22/2022 reviewed e mail response from S. Bassmeyer and replied |
| DMD $115 | .10 | $11.50 | 06/28/2022 prepared and sent debtor e mail for payment to file motion to sell and reviewed debtor reply. |
| DMD $115 | .10 | $11.50 | 06/28/2022 replied to debtor |
| DMD $115 | .10 | $11.50 | 06/28/2022 e mailed debtor with options to cure arrears. reviewed debtor response. |
| DMD $115 | .10 | $30.00 | 06/28/2022 reviewed e mail with debtors pay stubs. printed and uploaded to BK file. |
| DMD $115 | 1. | $115.00 | 06/29/2022 reviewed pay stubs and Amended Schedules I & J, reviewed plan in BK pro and prepared motion to mod and order. |
| DMD $115 | .10 | $11.50 | 06/29/2022 e mailed S. bassmeyer updates on motion to mod. reviewed response. |
| MG $300 | .30 | $90.00 | 06/29/2022 reviewed mot. to mod and filed with schedules. mg |
| DMD $115 | .10 | $11.50 | 06/29/2022 e mailed S. Bassmeyer and D. VanZyl with update. filing modification |

| | | | |
|---|---|---|---|
| DMD $115 | *.10* | $11.50 | 06/29/2022 e mailed debtor with modification details. and reviewed reply from debtor.<br><br>06/29/2022 TMTD withdrawn<br><br>06/30/2022 hearing held withdrawn. |
| DMD $115 | *.10* | $11.50 | 07/07/2022 reviewed e mail from S. Bassmeyer. replied |
| DMD $115 | *.10* | $11.50 | 07/21/2022 reviewed e mail from S. Bassmeyer sent response. |
| DMD $115 | *.10* | $11.50 | 10/13/2022 reviewed e mail from debtor and replied. |
| DMD $115 | *.30* | $34.50 | 03/24/2023 reviewed e mail from debtor, spoke to Ms. Gonzales, and gave debtor response. |
| DMD $115 | *.20* | $23.00 | 05/14/2023 reviewed e mail from debtor, reviewed NDC and replied |
| DMD $115 | *.20* | $23.00 | 05/24/2023 reviewed summarized TMTD tax return and refund. Sent debtor e mail. |
| MG $300 | *.30* | $90.00 | 05/30/2023 reviewed TMTD and prepared response and filed. mg |
| DMD $115 | *.20* | $23.00 | 05/30/2023 redacted, scanned and uploaded 2022 tax return to trustee.<br><br>06/01/2023 TMTD withdrawn |
| DMD $115 | *.10* | $11.50 | 06/16/2023 reviewed e mail from debtor and replied re: payments<br><br>08/10/2023 hearing on TMTD. previously withdrawn |
| DMD $115 | *.10* | $11.50 | 08/21/2023 reviewed e mail and attachments from debtor and replied. |
| DMD $115 | *.30* | $34.50 | 08/29/2023 reviewed e mail from debtor re: balance on NDC . Reviewed NDC and replied to the debtor. |
| DMD $115 | *.30* | $34.50 | 09/06/2023 reviewed debtors e mail re: mortgage. reviewed BK notes and responded. |

| | | | |
|---|---|---|---|
| DMD $115 | .10 | $11.50 | 09/06/2023 reviewed debtors reply to e mail and responded |
| DMD $115 | .10 | $11.50 | 09/06/2023 reviewed debtors e mail and responded. Requested pay stubs. |
| DMD $115 | .40 | $46.00 | 09/06/2023 reviewed e mail and printed documents (pay stubs) individually. 9 pay stubs recd. requested proof of expenses for vehicle. |
| DMD $115 | .20 | $23.00 | 09/06/2023 reviewed e mail with attachments. printed and uploaded to BK file. |
| DMD $115 | .20 | $23.00 | 09/13/2023 scanned and uploaded pay stubs to trustee. |
| DMD $115 | .10 | $11.50 | 09/17/2023 e mailed debtor about payment to trustee and reviewed response. |
| DMD $115 | .10 | $11.50 | 09/19/2023 reviewed e mail from debtor and replied. |
| DMD $115 | .10 | $11.50 | 10/23/2023 reviewed e mail with attachment and responded. |
| DMD $115 | .10 | $11.50 | 11/03/2023 reviewed e mail from S. Bassmeyer and replied. |
| | | | 12/11/2023 4:06:27 PM. UP FOR FORECLOSURE FEB 6, 24. MG. |
| MG $300 | .20 | $60.00 | 12/27/2023 4:29:10 PM. got title to car in mail today called the debtor to pick up or do we mail out. Left Voice mailmg. |
| DMD $115 | .10 | $11.50 | 01/05/2024- called left vm, we have car title to 2015 ford. does she want us to mail it to her or pick it up? |
| DMD $115 | .40 | $46.00 | 01/05/2024- client walked in to pick up her car title. Met with her to discuss case. |
| DMD $115 | .10 | $11.50 | 01/30/2024 reviewed e mail from debtor requesting moratorium to move. replied. |
| DMD $115 | .10 | $11.50 | 02/19/2024 reviewed e mail from debtor re: messages and people going to the house due to foreclosure. replied. |

| | | | |
|---|---|---|---|
| DMD $115 | *.10* | $11.50 | 02/20/2024  e mailed debtor re: payment arrears to trustee and reviewed her response. |
| DMD $115 | *.30* | $34.50 | 02/23/2024  reviewed e mail from Debtor and reviewed NDC to respond to the debtors questions.  sent e mail |
| DMD $115 | *.20* | $23.00 | 02/23/2024  redacted, scanned anduploaded 2021 tax return to the trustee. |
| MG $300 | *.40* | $120.00 | 03/15/2024  reviewed e mail from debtor and replied to questions. Discussed with Diana and reviewed NDC .  sent debtor response.  mg |
| DMD $115 | *.10* | $11.50 | 03/15/2024  revIewed debtor response and replied.  mg |
| DMD $115 | *.10* | $11.50 | 03/18/2024  reivewed debtors e mail and replied.  mg |
| DMD $115 | *.10* | $11.50 | 03/19/2024  reviewed NDC, per Ms. Gonzales, and e mailed debtor about arrears. reviewed debtor response |
| DMD $115 | *.20* | $23.00 | 03/19/2024  replied to debtor in detail re: payments. Reviewed NDC |
| DMD $115 | *.30* | $34.50 | 04/21/2024  reviewed debtors request to again review NDC balance  and provide her with amount. reviewed NDC and replied to debtor again. |
| DMD $115 | *.20* | $23.00 | 06/19/2024  reviewed debtor request for information re: balance on hand on the website.  Reviewed NDC and replied.  $3371.00 |
| DMD $115 | *1.2* | $138.00 | 06/19/2024  reviewed time sheet and made corrections, BK notes, NDC and updated time sheet and prepared fee app and order. |
| MG $300 | *.50* | $150.00 | 06/19/2024  reviewed time sheet fee app and order. filed. mg |
| BALANCE OWED | | $2,165.00 | |